UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01287-TLN-KJN |
| | No. 2:23-cv-01288-TLN-KJN |
| | No. 2:23-cv-01289-TLN-KJN |
| | No. 2:23-cv-01290-TLN-KJN |
| | No. 2:23-cv-01291-TLN-KJN |
| | No. 2:23-cv-01292-TLN-KJN |
| | No. 2:23-cv-01293-TLN-KJN |
| | No. 2:23-cv-01294-TLN-KJN |
| | No. 2:23-cv-01295-TLN-KJN |
| | No. 2:23-cv-01355-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the
2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the
3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's
4 Alameda County conviction.
5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01287, 2:23-cv-01288, 2:23-cv-
6 01289, 2:23-cv-01290, 2:23-cv-01291, 2:23-cv-01292, 2:23-cv-01293, 2:23-cv-01294, 2:23-cv-
7 01295 and 2:23-cv-01355 are DISMISSED; the Clerk of the Court is directed to close these cases;
8 no further filings will be accepted in any of the above referenced cases.
9    IT IS SO ORDERED.
10 Date:  August 4, 2023

Troy L. Nunley
United States District Judge